CHARLES H. VOLLMER, Respondent, v. STEPHEN M. BROWN, Appellant.— This is an appeal by the plaintiff from a judgment for $2,346.25 based upon the verdict of a jury and from an order denying defendant's motion for a new trial. The action is brought to recover damages for personal injuries sustained by plaintiff when he was a passenger in an automobile owned and driven by the defendant. The defendant alleges that the plaintiff was guilty of contributory negligence, that he saw the dangers he was being driven into and did not protest. The defendant claims the verdict is excessive. Defendant showed that plaintiff lost no time from his work. Plaintiff was injured in the leg, ankle and hand, and was confined to his room for a time and he had to have many treatments. The jury passed upon the questions of fact involved. The evidence sustained the verdict. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

OPPENHEIM & McEWAN Co., INC., Respondent, v. JACOB ROSENSTEIN, Appellant.— Defendant has appealed from a judgment of the County Court of Albany county affirming a judgment of the City Court of Albany in plaintiff's favor. Plaintiff brought the action to recover the value of goods sold and delivered. The only issue litigated is whether credit for the merchandise so sold was extended to defendant individually or to " Jack's Cafeteria, Inc.," the corporation which defendant organized. There is ample evidence to sustain the judgment. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Estate of FRANK H. BARKER, Deceased.— Motion for reargument denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

(May 13, 1937.)

WILLIAM SCHWARZWAELDER Co., INC., and Others, Respondents, v. MAURICE LEVIN, Appellant.— Appeal from an order of the Special Term of the Supreme Court entered in Ulster county denying plaintiff's motion for a change of venue from Ulster county to New York county for the convenience of witnesses " and by reason of the fact that all transactions between the parties took place in New York County." Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.